Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN I. DEBOSE,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO. D/B/A JPMORGAN CHASE BANK, N.A. D/B/A CHASE,<br><br>    Defendant. | Case No.   2:17-cv-02942-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE, WITH PREJUDICE** |

Plaintiff Darren I. Debose ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action as against Chase shall be dismissed, with prejudice; and,

///
///
///
///
///
///
///
///

2. Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

| HAINES & KRIEGER | SMITH LARSEN & WIXOM |
|---|---|
| \s\ *David Krieger* <br> David Krieger, Esq. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br> Ph: (702) 880-5554 <br> Fax: (702) 385-5518 <br> Email: dkrieger@hainesandkrieger.com <br> Attorneys for Plaintiff <br> Darren I. Debose <br><br> Dated: March 22, 2018 | \s\ *Kent F. Larsen,* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Ph: (702)252-5002 <br> Fax (702) 252-5006 <br> Email: kfl@slwlaw.com <br> Attorneys for Defendant <br> JPMorgan Chase Bank, N.A. <br><br> Dated: March 22, 2018 |

## ORDER

**IT IS SO ORDERED**.

DATED March 23, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE